**KURT BONDS, ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

-*-

| | |
|---|---|
| STEPHANIE SIU,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANSUNION, LLC, QUANTUM COLLECTIONS, and SMITH-PALLUCK ASSOCIATES CORP. d/b/a LAS VEGAS ATHLETICS CLUBS<br><br>Defendants. | Case No. 2:19-cv-00777-GMN-GWF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(FIRST REQUEST) |

Plaintiff Stephanie Siu ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On May 6, 2019, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is June 21, 2019. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's counsel

will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including July 12, 2019. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 19th day of June, 2019

**ALVERSON TAYLOR & SANDERS**

//S// Trevor R. Waite
Kurt Bonds, Esq.
Nevada Bar No. 6228
Trevor Waite, Esq.
Nevada Bar No. 13779
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**KNEPPER & CLARK, LLC HAINES & KRIEGER, LLC**

//S// Miles N. Clark
Miles N. Clark
Nevada Bar No. 13848
5510 S Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Telephone: (702) 856-7430
Facsimile: (702) 447-8048
miles.clark@knepperclark.com
*Counsel for Plaintiff*

///

///

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 20th day of June, 2019.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

N:\kurt grp\CLIENTS\26200\26252\pleadings\Siu Stephanie - Joint Stipulation Extending Time to Respond to P's Complaint.doc

KRB/26252