Joel E. Tasca, Esq.
Nevada Bar No. 14124
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
tasca@ballardspahr.com
rubins@ballardspahr.com

*Attorneys for Defendant
Smith-Palluck Associates Corp.,
d/b/a Las Vegas Athletic Clubs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE SIU,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; QUANTUM COLLECTIONS; and SMITH-PALLUCK ASSOCIATES CORP. d/b/a LAS VEGAS ATHLETIC CLUBS,<br><br>Defendants. | Case No. 2:19-cv-00777-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT SMITH-PALLUCK ASSOCIATES CORP., d/b/a LAS VEGAS ATHLETIC CLUBS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(First Request) |

Plaintiff Stephanie Siu ("Plaintiff") and Defendant Smith-Palluck Associates Corp., d/b/a Las Vegas Athletic Clubs ("LVAC")[1] stipulate and agree that LVAC has up to and including July 10, 2019, to respond to Plaintiff's First Amended Complaint (ECF No. 5), to provide time to investigate Plaintiff's allegations and for LVAC to prepare a response.

*[Continued on the following page.]*

---

[1] By filing this Stipulation, LVAC is not waiving any defense, affirmative or otherwise, it may have in this matter.

DMWEST #18245944 v1

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

DATED this 25th day of June, 2019.

| HAINES & KRIEGER, LLC | BALLARD SPAHR LLP |
|---|---|
| By: /s/ David H. Krieger<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Shawn Miller, Esq.<br>Nevada Bar No. 7825<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>5510 So. Fort Apache Road<br>Suite 30<br>Las Vegas, NV 89148<br><br>*Attorneys for Plaintiff Stephanie Siu* | By: /s/ Stacy H. Rubin<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Stacy H. Rubin, Esq.<br>Nevada Bar No. 9298<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant Smith‑Palluck Associates Corp., d/b/a Las Vegas Athletic Club* |

**ORDER**

IT IS SO ORDERED:

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

DATED: 6/27/2019

2

DMWEST #18245944 v1