**KURT BONDS, ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy,. Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE SIU,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANSUNION, LLC, QUANTUM COLLECTIONS, and SMITH-PALLUCK ASSOCIATES CORP. d/b/a LAS VEGAS ATHLETIC CLUBS,<br><br>Defendants. | Case No. 2:19-cv-00777-GMN-GWF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT (SECOND REQUEST)** |

Plaintiff Stephanie Siu ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Amended Complaint.

On May 6, 2019, Plaintiff filed her Complaint. Subsequently, Plaintiff and Trans Union stipulated and this Court granted an extension up to and including July 12, 2019, for Trans Union to file its response to Plaintiff's Complaint.

Trans Union needs additional time to locate and assemble the final documents relating to Plaintiff's claims and Trans Union's counsel will need additional time to review the final documents and respond to the allegations in Plaintiff's Amended Complaint.

1   KB/26253

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Amended Complaint up to and including July 19, 2019. This is the second stipulation for extension of time for Trans Union to respond to Plaintiff's Amended Complaint

Dated this 12th day of July 2019

**ALVERSON TAYLOR & SANDERS**

//s// Trevor Waite
Kurt Bonds
Nevada Bar No. 6228
Trevor Waite
Nevada Bar No. 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**KNEPPER & CLARK, LLC HAINES & KRIEGER, LLC**

*//s// Miles N. Clark*
Miles N. Clark
Nevada Bar No. 13848
5510 S Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Telephone: (702) 856-7430
Facsimile: (702) 447-8048
miles.clark@knepperclark.com
and
David H. Krieger
Nevada Bar No. 9086
8985 S. Eastern Ave, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
dkrieger@hainesandkrieger.com

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this __15th__ day of _____July_____, 2019.

_____George Foley Jr._____
**UNITED STATES MAGISTRATE JUDGE**