Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE SIU,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; QUANTUM COLLECTIONS; and SMITH-PALLUCK ASSOCIATES CORP., d/b/a LAS VEGAS ATHLETIC CLUBS,<br><br>    Defendants. | Case No.: 2:19-cv-00777-GMN-EJY<br><br>**JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF TRANS UNION LLC**<br><br>**[FIRST REQUEST]** |

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF TRANS UNION LLC - 1

Plaintiff Stephanie Siu ("Plaintiff") and Defendant Trans Union LLC; ("Trans Union" or "Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby move jointly to extend their deadline to file a Stipulation of Dismissal of Trans Union (30) thirty days:

1. The Parties settled this matter on October 2, 2019 [ECF Dkt No. 32].

2. The Parties are currently working on finalizing their Settlement Agreement.

3. The Parties request and extension of thirty days to file their Stipulation of Dismissal of Trans Union to allow them additional time to finalize the settlement agreement.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF TRANS UNION LLC - 2

4. Plaintiff agrees to file the Stipulation of Dismissal of Trans Union no later than **December 6, 2019**.

DATED November 4, 2019.

| | |
|---|---|
| **KNEPPER & CLARK LLC**<br><br>/s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>5510 S Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>**HAINES & KRIEGER LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | **QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**<br><br>/s/ *Jennifer R. Bergh*<br>Jennifer R. Bergh, Esq.<br>Nevada Bar No. 14480<br>6900 N. Dallas Parkway, Suite 800<br>Plano, TX 75204<br>Email: jbergh@qslwm.com<br><br>**ALVERSON TAYLOR & SANDERS**<br>Trevor Waite, Esq.<br>Nevada Bar No. 13779<br>Kurt R. Bonds, Esq.<br>Nevada Bar No. 6228<br>6604 Grand Montecito Parkway, Suite 200<br>Las Vegas, NV 89149<br><br>*Counsel for Defendant*<br>*Trans Union LLC* |

## ORDER GRANTING

## EXTENSION OF TIME FOR PARTIES TO FILE STIPULATION OF DISMISSAL OF

## TRANS UNION LLC

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

DATED this  4  day of  November  2019.

*Siu v. Equifax Information Services, LLC et al*
Case No. 2:19-cv-00777-GMN-EJY

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF TRANS UNION LLC - 3