Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHANIE SIU,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; QUANTUM COLLECTIONS; and SMITH-PALLUCK ASSOCIATES CORP. d/b/a LAS VEGAS ATHLETIC CLUBS,<br><br>　　　　Defendants. | Case No.: 2:19-cv-00777-GMN-EJY<br><br>**STIPULATION OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Trans Union LLC, from the above

STIPULATION OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE - 1

captioned action, with prejudice. Each party will bear its own fees and costs.

IT IS SO STIPULATED.

Dated December 31, 2019.

| **KNEPPER & CLARK LLC**<br><br>/s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq., NBN 12796<br>Miles N. Clark, Esq., NBN 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>**HAINES & KRIEGER LLC**<br>David H. Krieger, Esq., NBN 9086<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | **QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**<br><br>/s/ *Jennifer R. Bergh*<br>Jennifer R. Bergh, Esq., NBN 14480<br>Email: jbergh@qslwm.com<br><br>**ALVERSON TAYLOR & SANDERS**<br>Trevor Waite, Esq., NBN 13779<br>Kurt R. Bonds, Esq., NBN 6228<br><br>*Counsel for Defendant*<br>*Trans Union LLC* |
| --- | --- |
| **LAW OFFICE OF ALLICIA B. TOMOLO**<br><br>/s/ *Allicia B. Tomolo*<br>Allicia B. Tomolo, Esq., NBN 12116<br>Email: abtomolo@gmail.com<br><br>J. Grace Felipe, Esq.<br>(*Admitted Pro Hac Vice*)<br>CARLSON & MESSER, LLP<br>9841 Airport Boulevard, Suite 1200<br>Los Angeles, CA 90045<br>*Counsel for Defendant Quantum Collections* | **BALLARD SPAHR LLP**<br><br>/s/ *Stacy H. Rubin*<br>Joel E. Tasca, Esq., NBN 14124<br>Stacy H. Rubin, Esq., NBN 9298<br>Email: tasca@ballardspahr.com<br>Email: rubins@ballardspahr.com<br><br>*Counsel for Defendant*<br>*Smith-Palluck Associates Corp. dba Las Vegas Athletic Clubs* |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF TRANS UNION LLC WITH PREJUDICE

IT IS SO ORDERED.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

DATED this __31__ day of December, 2019.

STIPULATION OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE - 2