Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHANIE SIU,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; QUANTUM COLLECTIONS; and SMITH-PALLUCK ASSOCIATES CORP. d/b/a LAS VEGAS ATHLETIC CLUBS,<br><br>Defendants. | Case No. 2:19-cv-00777-GMN-EJY<br><br>**STIPULATION OF DISMISSAL OF SMITH-PALLUCK ASSOCIATES CORP. D/B/A LAS VEGAS ATHLETIC CLUBS WITH PREJUDICE**<br><br>Complaint filed: May 6, 2019 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant SMITH-PALLUCK ASSOCIATES CORP. D/B/A LAS VEGAS ATHLETIC CLUBS, from the above captioned action, with prejudice.

Each party will bear its own fees and costs.

IT IS SO STIPULATED.
Dated January 29, 2020.

| **KNEPPER & CLARK LLC**<br><br>/s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq., NBN 12796<br>Miles N. Clark, Esq., NBN 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>**HAINES & KRIEGER LLC**<br>David H. Krieger, Esq., NBN 9086<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | **BALLARD SPAHR LLP**<br><br>/s/ *Stacy H. Rubin*<br>Joel E. Tasca, Esq., NBN 14124<br>Stacy H. Rubin, Esq., NBN 9298<br>Email: tasca@ballardspahr.com<br>Email: rubins@ballardspahr.com<br><br>*Counsel for Defendant*<br>*Smith-Palluck Associates Corp. dba Las Vegas Athletic Clubs* |
|---|---|
| **LAW OFFICE OF ALLICIA B. TOMOLO**<br><br>/s/ *Allicia B. Tomolo*<br>Allicia B. Tomolo, Esq., NBN 12116<br>Email: abtomolo@gmail.com<br><br>J. Grace Felipe, Esq.<br>(*Admitted Pro Hac Vice*)<br>CARLSON & MESSER, LLP<br>9841 Airport Boulevard, Suite 1200<br>Los Angeles, CA 90045<br>*Counsel for Defendant Quantum Collections* | |

## ORDER GRANTING
## STIPULATION OF DISMISSAL OF SMITH-PALLUCK ASSOCIATES CORP. D/B/A LAS VEGAS ATHLETIC CLUBS WITH PREJUDICE

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

DATED this __5__ day of February, 2020.